# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-MJ-174-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF )<br>ALL FUNDS IN AN ACCOUNT IN THE )<br>NAME OF SW FINANCIAL COMPANY, )<br>LLC at Wells Fargo Bank Account )<br>Number XXXXXX7179, )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Motion To Unseal Affidavit And Related Pleadings" (Document No. 2) filed June 1, 2012 by the Government regarding the above captioned matter.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that all pleadings in this case shall be unsealed.

**SO ORDERED**.

Signed: June 4, 2012

David C. Keesler
United States Magistrate Judge